IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00449-FL

| | |
|---|---|
| WARREN A. SPAULDING, | ) |
| Plaintiff, | ) |
| v. | ) ORDER TO REMAND |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to Defendant's Motion for Remand.

The Court finds good cause has been alleged for Defendant's Motion to Remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 19th day of April, 019.

_____
Louise W. Flanagan
United States District Judge